UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEAN SATGUNAM,

       Plaintiff,                                    Case No. 21- 10318

v.

                                                      HON. MARK A. GOLDSMITH

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

       Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date.

The case is closed.

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                    By:    s/Karri Sandusky_____
                                                      DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith_____
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2023